UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN FISHER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Action No. 5:26-CR-070-CHB-MAS-2<br><br>**ORDER ADOPTING RECOMMENDATION OF ACCEPTANCE OF GUILTY PLEA** |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett, [R. 24]. The recommendation instructed the parties to file any specific written objections within three (3) days after being served a copy of the recommendation, or else waive the right to further review. *See id.* at 4. Neither party has objected to Magistrate Judge Stinnett's recommendation, and the time to do so has now passed. Defendant Fisher did file a consent to plead before the United States Magistrate Judge. [R. 22].

Upon review, the Court is satisfied that Defendant Stephan Fisher knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea, [**R. 24**], is **ADOPTED** as and for the opinion of this Court;

2. Defendant Stephan Fisher is **ADJUDGED** guilty of Count 2 of the Indictment,

and the Court further **ADJUDGES** Defendant's interest in the property listed in the forfeiture allegation of the Indictment **FORFEITED**;

3. The Jury Trial and all other pre-trial proceedings are hereby **CANCELLED** and **STRICKEN** from the Court's docket, as to this defendant only; and

4. A Sentencing Order shall be entered promptly.

This the 29th day of September, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY